```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 34219
   LEWIS DARLING
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3605

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/15/2008 and was not confirmed.

     The case was dismissed without confirmation 01/26/2009.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------------
CAVALRY PORTFOLIO SERVIC  UNSECURED           507.93          .00             .00
HSBC MORTGAGE SERVICES    MORTGAGE NOTI    NOT FILED          .00             .00
CAPITAL ONE AUTO FIN      SECURED NOT I    32708.94           .00             .00
HSBC MORTGAGE SVCS        CURRENT MORTG         .00           .00             .00
HSBC MORTGAGE SVCS        SECURED NOT I    35334.16           .00             .00
PRO SE DEBTOR             DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          --------------    --------------
TOTALS                      .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```